## Means *vs.* The inhabitants of the plantation of Blakesburg.

Though plantations may raise money for the support of the poor, they are not obliged so to do.   Nor have their assessors any general authority to bind the plantation by their contract for the support of the poor, beyond the amount of the money raised.

This was *assumpsit* on an order drawn by the assessors of *Blakesburg*, in these terms :—" *Blakesburg, Sept.* 1, 1829.   To *Robert Marshall*, Esq. treasurer of the plantation of *Blakesburg*, or his successor in said office.—Please to pay *Oren Briggs* or bearer

Means *v.* Blakesburg.

twenty nine dollars on sight, it being for the support of the poor. *Isaac Strout, Elisha Strout,* Assessors of *Blakesburg.*"

The plaintiff proved that this order was afterwards, on the same day, presented to the treasurer for acceptance and payment, both which were refused for want of funds. Whereupon the defendants demurred to the evidence, as insufficient in law to support the action.

The question was briefly spoken to by *Williamson* in support of the demurrer, and *J. McGaw,* for the plaintiff; and the opinion of the court was delivered in *Cumberland,* at the adjournment of *May* term in *August* following, by

WESTON J. It has been decided in *Blakesburg v. Jefferson, ante p.* 125, that the duties and liabilities arising from the pauper laws, and the remedies thence resulting, were not extended to plantations ; and that although they were empowered to raise money for the relief and support of the poor, it was not imposed upon them as a duty. If they think proper to exercise this power, the fund thus raised is to be administered and applied by the assessors. They have no general authority to bind their plantations, by their contracts for the support of the poor ; except to the amount of the money raised. To this extent, and with this limitation, they may draw on their treasurer, and the plantation will become liable thereon if not duly paid, as towns are upon town orders, drawn by competent authority. It not appearing in the case -before us, whether any fund had been raised for the support of the poor, we are of opinion that the evidence set forth in the demurrer is insufficient to change the defendants.